BRYAN, Judge.
AFFIRMED. NO OPINION.
See Rule 53(a)(1) and (a)(2)(E), Ala. R.App. P.; Blackmon v. Brazil, 895 So.2d 900, 909 (Ala.2004); Bruce v. Cole, 854 So.2d 47, 54 (Ala.2003); Hudman v. Wesson, 792 So.2d 1113, 1115 (Ala.Civ.App.2001); Green v. Dixon, 727 So.2d 781, 783-84 (Ala.1998); Oehmig v. Johnson, 638 So.2d 846 (Ala.1994), overruled on other grounds, Ex parte Liberty Nat’l Life Ins. Co., 825 So.2d 758, 764 n. 3 (Ala.2002); Harper v. Smith, 582 So.2d 1089, 1091-92 (Ala.1991).
This case was transferred to this court by the supreme court, pursuant to § 12-2-7(6), Ala. Code 1975.
CRAWLEY, P.J., concurs.
PITTMAN, J., concurs in the result, without writing.
THOMPSON, J., dissents, with writing, which MURDOCK, J., joins.